# UNITED STATES DISTRICT COURT

**Eastern**                  District of                  **California**

RANDY DEARDEN,

Plaintiff

V.

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY
Defendant

**ORDER ON APPLICATION
TO PROCEED WITHOUT
PREPAYMENT OF FEES**

CASE NUMBER:  1:12at0040

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

X   GRANTED.

X   The clerk is directed to file the complaint.

X   IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a
copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff.  All
costs of service shall be advanced by the United States.

☐   DENIED, for the following reasons:

_____

_____

ENTER this    26th    day of                  January                  ,    2012    .

_____
/s/ Dennis L. Beck
Signature of Judicial Officer

_____
Dennis L. Beck, U.S. Magistrate Judge
Name and Title of Judicial Officer