BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX,
Social Security Administration

ARMAND D. ROTH
Special Assistant United States Attorney
California Bar No. 214624
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (415) 977-8924
    Fax: (415) 744-0134
    E-Mail: Armand.Roth@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO

| | |
|---|---|
| Randy Dearden,<br><br>    Plaintiff,<br><br>    v.<br><br>Michael J. Astrue,<br>Commissioner of Social Security,<br><br>    Defendant. | No. 12-cv-00120-AWI-BAM<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S CONFIDENTIAL LETTER BRIEF** |

1

IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the approval of the Court, that Defendant shall have until September 6, 2012, to respond to Plaintiff's request for remand, and that all other deadlines should be extended accordingly.  This extension is requested for the purpose of further exploring the possibility of a settlement.

    Respectfully submitted,

/s/ Sengthiene Bosavanh *
SENGTHIENE BOSAVANH
Plaintiff's Attorney
* by Armand Roth by authorization of 8/10/12

BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration

Dated: August 10, 2012    /s/ Armand D. Roth
ARMAND D. ROTH)
Special Assistant U.S. Attorney

Attorneys for Defendant

PURSUANT TO THE STIPULATION, IT IS SO ORDERED

Dated:   August 14, 2012    /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE

2