BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX,
Social Security Administration

ARMAND D. ROTH
Special Assistant United States Attorney
California Bar No. 214624
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (415) 977-8924
    Fax: (415) 744-0134
    E-Mail: Armand.Roth@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO

| | |
|---|---|
| RANDY DEARDEN,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>COMISSIONER OF SOCIAL<br>SECURITY,<br><br>    Defendant. | No. 12-cv-00120-AWI-BAM<br><br>**STIPULATION AND ORDER FOR SENTENCE FOUR REMAND** |

    The parties have agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g).  Upon remand, the Appeals Council will instruct the Administrative Law Judge to update the record and further consider the evidence and, in

1

particular, seek vocational expert testimony to determine whether there are a significant number of jobs in the national economy that Plaintiff can perform, hold a new hearing, and issue a new decision

Respectfully submitted on September 6, 2012,

/s/ Sengthiene Bosavanh *
SENGTHIENE BOSAVANH
Attorney for Plaintiff
- By Armand Roth by email authorization

BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX,
Social Security Administration
By:  /s/ Armand Roth
Special Assistant United States Attorney

## ORDER

Pursuant to the Stipulation of the parties (Doc. 16), it is hereby ORDERED this action be remanded to the Commissioner of Social Security for further administrative action consistent with the above Stipulation.

IT IS SO ORDERED.

Dated:   **September 7, 2012**               /s/ Barbara A. McAuliffe
                                              UNITED STATES MAGISTRATE JUDGE

2