1  Sengthiene Bosavanh, Esq. #24980
   Milam Law, Inc.
2  330 N. Fulton Street
   Fresno, CA 93701
3  (559) 264-2800
4  Fax: 559-264-2822

5  Attorney for Plaintiff, Randy Dearden

6
7
8               IN THE UNITED STATES DISTRICT COURT FOR
9
                   THE EASTERN DISTRICT OF CALIFORNIA
10
                              **FRESNO DIVISION**
11

12 **RANDY DEARDEN**,                    )
13                                        )   Civil Action No.  1:12-cv-00120-AWI-BAM
           Plaintiff,                     )
14                                        )   **STIPULATION AND ORDER**
   vs.                                    )   **SETTLING ATTORNEY'S FEES**
15                                        )   **PURSUANT TO THE EQUAL**
   **MICHAEL ASTRUE**,                    )   **ACCESS TO JUSTICE ACT, 28 U.S.C.**
16 COMMISSIONER OF SOCIAL                 )   **§ 2412(d)**
   SECURITY,                              )
17                                        )
                                          )
18         Defendant.                     )
                                          )
19

20      IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel

21 that, subject to the approval of the Court, Plaintiff be awarded attorney fees under the

22 Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of Four Thousand Dollars

23 Sixty-Five Dollarsand Zero Cents ($4,065.00) ($4,000.00 for Attorneys fees and $65.00 for

24 Expenses). This amount represents compensation for all legal services rendered on behalf of Plaintiff

25 by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412(d).

26      After the Court issues an Order for EAJA Fees and expenses to Plaintiff, the government will
27
   consider the matter of Plaintiff's assignment of EAJA fees and expenses to Plaintiff's attorney.
28

1

Pursuant to <u>Astrue v. Ratliff</u>, 130 S.Ct. 2521, 2010 WL 2346547 (U.S. June 14, 2010), the ability to honor the assignment will depend on whether the fees and expenses are subject to any offset allowed under the United States Department of Treasury's Offset Program.  After Order for EAJA fees and expenses is entered, the government will determine whether they are subject to any offset.

Fees and expenses shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of the fees and expenses to be made directly to attorney Sengthiene Bosavanh, pursuant to the assignment executed by Plaintiff.  Any payments shall be delivered to Plaintiff's counsel.

This stipulation constitutes a compromise settlement of Plaintiffs request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff, and/or Plaintiff's counsel may have relating to EAJA attorney fees and expenses in connection with this action.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the provisions of the EAJA.

Respectfully submitted,

Dated: December 13, 2012        */s/ Sengthiene Bosavanh*
                                (As authorized via email)
                                SENGTHIENE BOSAVANH
                                Attorney for Plaintiff

Date: December 13, 2012         BENJAMIN B. WAGNER
                                United States Attorney

                                */s/ Armand Roth*
                                Armand Roth, Esq.
                                Special Assistant U.S. Attorney

                                Attorneys for Defendant

**ORDER**

Pursuant to the above stipulation, **IT IS HEREBY ORDERED** that Plaintiff shall be awarded attorney fees and expenses in the amount of FOUR THOUSAND DOLLARS SIXTY FIVE DOLLARS AND ZERO CENTS ($4,065.00), as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation. In light of the parties' stipulation, Plaintiff's Motion for Attorney Fees filed December 10, 2012, is rendered moot.

IT IS SO ORDERED.

Dated:   December 17, 2012                               /s/ **Barbara A. McAuliffe**
                                                              UNITED STATES MAGISTRATE JUDGE