# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY DEARDEN,<br><br>        Plaintiff,<br><br>   v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant.<br>_____/ | **NEW CASE NO. 1:12-cv-120-BAM**<br><br>ORDER ASSIGNING CASE<br>RE: PRESIDING JUDGE<br><br>Old Case No. 1:12-cv-120 AWI-BAM |

IT IS HEREBY ORDERED that this case be assigned to the docket of Judge BARBARA A. MCAULIFFE as the presiding judge. Plaintiff Randy Dearden filed his notice of consent on November 17, 2014, and Defendant filed its consent on February 29, 2012 under Title 28, U.S.C. Sec. 636(c)(1) to have a United States Magistrate Judge conduct all further proceedings in this case, including trial and entry of final judgment. *See* (Docs. 11 and 24).

All future pleadings shall be numbered as follows:

**1:12-cv-120-BAM**

IT IS SO ORDERED.

Dated: November 18, 2014

                                    SENIOR DISTRICT JUDGE

1